**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
———————————————————————————

**JUAN CASTRO,**

                    **Plaintiff,**            **23-cv-10351 (JGK)**

        **- against -**                  **ORDER**

**DESIGNS ON FIFTH, LTD, ET AL.,**

                    **Defendants.**
———————————————————————————

    Pursuant to Federal Rule of Civil Procedure 12(a), the time for the defendants to answer was December 26, 2023. To date, no answer has been filed.

    The time for the defendants to answer or respond to the complaint is extended to **January 9, 2024.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

    The plaintiff is directed to serve a copy of this Order on the defendants and to file proof of such service on the docket by **January 2, 2024.**

**SO ORDERED.**

**Dated:    New York, New York**
          **December 29, 2023**        _____/s/ John G. Koeltl_____
                                   **John G. Koeltl**
                          **United States District Judge**