UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN CASTRO,

     Plaintiff,

   - against -

DESIGNS ON FIFTH, LTD, ET AL.,

     Defendants.

23-cv-10351 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

  The original time for the defendants in this action to answer was December 26, 2023. On December 29, 2023, this Court extended the time for the defendants to answer or respond to the complaint to January 9, 2024. ECF No. 10. Pursuant to the December 29, 2023 Order, the plaintiff has filed proof that the Order extending the time to answer was mailed to the defendants. See ECF No. 11. To date, no answers have been filed. Accordingly, the plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with the Local Rules and this Court's Individual Practices by **January 26, 2024.**

SO ORDERED.

Dated:  New York, New York
     January 12, 2024

            John G. Koeltl
        United States District Judge