UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JUAN CASTRO,
                      Plaintiff(s)

            23 civ 10351 (JGK)

      -against-

DESIGNS ON FIFTH LTD, et al.,
                      Defendant(s).
------------------------------------------------------------X

## ORDER

A settlement agreement pending in this matter,

The conference scheduled for April 4, 2024, at 12:00pm, is canceled.

**SO ORDERED.**

                                                      **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          March 26, 2024