UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUAN CASTRO,

                           *Plaintiffs*,

      -against-

DESIGNS ON FIFTH, LTD,

                           *Defendants*.
-----------------------------------------------------------------X

Civil Action No.

1:23-cv-10351-JGK

~~PROPOSED FORM~~
~~OF JUDGMENT~~

## JUDGMENT

On April 4, 2024, the Plaintiff filed a notice of acceptance of the offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

That the Plaintiff, JUAN CASTRO, has a judgment against DESIGNS ON FIFTH, LTD, jointly and severally, in the amount of Twenty Two Thousand Five Hundred Dollars and No Cents ($22,500.00), which is inclusive of attorneys' fees and costs.

Dated: 4/5, 2024

                                                       UNITED STATES DISTRICT JUDGE