```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JUAN CASTRO,

                Plaintiff,

- against -

DESIGNS ON FIFTH, LTD, ET AL.,

                Defendants.

23-cv-10351 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
           April 12, 2024

                              John G. Koeltl
                           United States District Judge